Dear Clerk of U.S. Dist Court (Billings)

Will you please file this Amendment in the titled Case enclosed to be heard in your Court by Susan P. Watters

Thank you

Randy Dennison

Randy Dennison
YCDF
3165 King Ave E
Billings Mt. 59101

NOV 01 2022
Clerk, U.S. Courts
District of Montana
Billings Division

U.S. District Court Billings District of Mt

| Randy Dennison Petitioner | Case 1:22-CV-00093-SPW |
|---|---|
| Jim Hicks Turnkey Health provider | Amended Complaint 1983 |

Comes Now Randy Dennison with Amended issues of Complaint in which adds to the State issues brought up in my original Complaint.

Jim Hicks Violated my right to be free of Cruel & Unusual Punishment under the 14th Amendment of the U.S. Constitution along with Turnkey Health Provider.

On or about May of this year Hicks mistakenly pulled the wrong tooth. ~~as eart~~ ~~edored~~ The tooth charted for Xtraction

still Remains several Months Later giving me Constant pain and Hicks and Turnkey Health are Deliberately indifferent to my pain + suffering and Dangers of infection when I have a Heart Murmur. Tooth infection has been known to settle in the Heart and Also I have bone Loss from infection. This is a serious medical Need and Omission of Care results in Deliberate Indifference. farther failure to treat the tooth could result and will result in unecessary pain. Several Months No response to my Medical Need.

I Randy Dennison Swear the foregoing Amendment to 1983 is true + Correct of My knowledge and belief.

Dated this 28th Day of October 2022.

X __[signature]__ 10/28/22
petitioner

X __[signature]__ 10/28/22
Witness Joshua Lee Gammill

Randy Dennison
YCDF
1605 Kings Ave E
Billings MT 59101

Case 1:22-cv-00093-SPW

Judge Susan P. Watters
District of Montana & Billings
Clerk of Court
2601 2nd Ave N
Billings MT 59101

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

RECEIVED
NOV 01 2022

Mailed from
Yellowstone County Detention